DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE MARIE GARCIA,<br><br>           Plaintiff,<br><br>      vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>           Defendant. | Case No. 1:21-cv-00317-EPG<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br>(ECF No. 16) |

   IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 4-day extension of time, from August 1, 2022 to August 5, 2022, for Plaintiff to serve on defendant with PLAINTIFF'S OPENING BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

   This is Plaintiff's second request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. For the week of August 1, 2022 and August 8, 2022, Counsel for Plaintiff has 7 merit briefs, and several letter briefs and reply briefs.

1

Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: August 1, 2022              PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Dolly Trompeter*
　　DOLLY TROMPETER
　　Attorneys for Plaintiff

Dated: August 1, 2022              PHILLIP A. TALBERT
　　United States Attorney
　　PETER K. THOMPSON
　　Acting Regional Chief Counsel, Region IX
　　Social Security Administration

By:  *\*/s/ Patrick Snyder*
　　Patrick Snyder
　　Special Assistant United States Attorney
　　Attorneys for Defendant
　　(\*As authorized by email on August 1, 2022)

## **ORDER**

Based on the above stipulation (ECF No. 16), IT IS ORDERED that Plaintiff shall file Plaintiff's opening brief no later than August 5, 2022. All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated:   **August 2, 2022**                           /s/ Erica P. Grosjean
                                                                  UNITED STATES MAGISTRATE JUDGE